Lawson Allen

v.

Sheriff Lane
nurse Weisiner

**FILED**
**09/08/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-1626-JMS-MG

## Complaint

Parties:

Plantiff Allen is a Citizen of Indiana And resides at 543 2nd St Columbus, Ind 47201 Bartholomew County Jail

Defendant Lane and Weisiner are Citizens of Indiana and employed by the Bartholomew County sheriff Department 543 2nd Columbus, Ind 47201

Plaintiff Allen brings suit against the named Defendants for violation of his Civil Rights under 42 USC §1983 of the United States Constitution.

## Statement of Claim

Plaintiff brings suit against the defendants as a pre-trial detainee at the Bartholomew County Jail. On July 17th 2023 the Plaintiff was arrested and taken to BCJ with broken facial Bones and was seen by a Hospital doctor on July 21st. The Hospital Sergeon stated the plaintiff would have to be operated on by a specialist and was unable to provide treatment. The Plaintiff was remanded to the custody of BCJ and made several request to the And Complaints asking to be treated and pain was an Issue But was Ignored. The Plaintiffs 14th Amendment Rights have been violated as nurse Weisner was deliberately Indifferent to the Plaintiffs Serious medical needs.

Plaintiff charges nurse weisner with

Count 1 - Deliberate Indifference

Plaintiff charges sheriff lane with Deliberate Indifference for the obvious need for training And having an unconstitutional policy that was a direct result of the injury to the plaintiff By nurse weisner from a failure to train

Count 1 - Deliberate Indifference
Count 2 - failure to train

all Claims Causing Injury by Loss of liberty and Emotional Distress

Plaintiff makes a Jury trial Demand

Plaintiff is Suing under federal law USC 28 § 1331

## Prayer for Relief

plaintiff is Suing for the Amount of 100,000.00

Lawson Allen
8-14-23