UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LAWSON ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01626-JMS-MG |
| | ) | |
| LANE, | ) | |
| WEISINER, | ) | |
| | ) | |
| Defendants. | ) | |

FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 2/29/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

Distribution:

LAWSON ALLEN
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201